FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2015 NOV 24  PM 12: 01
TAMPA DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

8:15-CV-2741-T-23TGW

Osvaldo Ramirez ETAL                                   Date on: 11/24/2015
-------------------------------------------------
     Plaintiff(s)


VS


General Services of VA,INC
-------------------------------------------------
     Defendant(s)


TPA-33577
$400

Plaintiff

Carlos Hernandez

Signed: *[signature]*

Represent by: Carlos Hernandez

7140 parrot dr

Port Richey fl,34668

PRO-SE

Plaintiff

Osvaldo Ramirez

signed : *[signature]*

Represent by: Osvaldo Ramirez

4733 W. water ave

Apt #615 Tampa fl,33614

PRO-SE

Plaintiff

Heriberto Estrada

Signed: *[signature]*

Represent by: Heriberto Estrada

901 W. Gaston Place

Tampa,fl,33604

PRO SE

Plaintiff

Yoel Betancourt

Signed: *[signature]*

Represent by: Yoel Betancourt

1016 lazy creek court

Apt# 705 Tampa fl,33615.

PRO-SE

**Plaintiff**

Jorge Calvario

Signed:

Represent by: Jorge Calvario

3314 Carlton arms drive

#54-T tampa fl,33614

PRO-SE

## COMPLAINT

1- Why our pay stub not shown in our real rate charge for hours of work ?.
2- Why they told us that we belong to a subcontractor company called Labor Ready when it was not true.
3- Why the company using our incentive to match the hours stimulus $ 100 weekly pay was due above our working hours promised to meet certain requirements implemented by the company.
4- Why the company we pay overtime to $ 4.75 in our beginnings when it was explained that we would be part-time and if our time was based on $ 9.50 per hour of overtime had to be at $ 14.25.
5- Why the company dismissed more than 24 workers providing services for her here in Tampa Florida without an official letter in advance explaining to his motives and even more in the middle of a lawsuit.

That's how we started this lawsuit, seeking the answer to all our concerns and questions of all injustices committed against us, It has been a long battle which clearly can be seen from any point of view the injustices committed against us, to the point that once again all those involved in this complaint, we have decided to implement and try to open a new case, suing the company General Services of VA, INC, for not paying commission, incentive, overtime and even more unfair dismissal of our workplace of everyone involved in this complaint properly, so soon after having implemented a lawsuit against self demanding company and exposing our concerns through a complaint in the same Federal Court of Tampa Florida, we, workers who were providing services to this company between 3-5 years of work, not only have words and testimonies. We know that a lawsuit legal notice very little, but rather we have strong and clear evidence as are our own pay stubs and among other documents which add to this complaint, which clearly documents involved appear the names of everyone involved in this complaint. We know well as for reopen a case which fought for a long time, new evidence to provide a strong and clear testimony is needed and that is precisely what we have done every one of those involved in this medium complaint . In the lawsuit introduced to the General company Services of VA, Inc., the company itself came, The company itself came to tell us through statements and interviews that we did not work for them but rather were providing services, they said that the company that we belonged true calling itself LABOR READY, and the best way to dispel such defamation was each of us contact the United States Department of the Treasury (Internal Revenue Service), to require a report for each of those involved in this complaint for all the years we worked for General Services of VA company, and to our satisfaction INC confirm these slanders against us, because our reports to get the United States Department of the Treasury, which reports we submit to this complaint as new evidence, clearly confirm that General Services of VA , INC is us who was reporting taxes each year worked, confirming that we work for them and not for Labor Ready in many statements as they said, but if there is something unusual and really obvious because the company General services of VA, INC removed us practically the incentive promised by week not to violate the rules work to pay the company Labor Ready, evidence

which may see in Exhibit # 1, because our stimulus working so we won us with our effort, Exhibit No. 1 This demonstrates not only the above but also demonstrates that the General Services of Va company, inc working on commission basis, making big profits depending on incoming and outgoing goods, commission based on 50% gain for the company and 50% of earnings for workers, which they can see evidence in Exhibit # 2, which shows the exhibit disclose money that was obtained weekly cash, money the company applied the 50%, which we had to pay and we never got to see. The company General Services of VA, Inc. in the middle This lawsuit, came to shape our suspicions and demands in a letter saying to us if we are paid for commission, incentive and overtime, letter be viewed as evidence in Exhibit # 3, letter proving that the statements made by everyone involved in this lawsuit are true, but nevertheless under questioning by the lawyer Cynthia Gonzalez our manager Alexander Dominguez, a lawyer which was representing us for a long time and then later we finish of its services, one of the questions whites own attorney to our manager was, you are aware that the General company Services of VA, INC paying him evil workers, and the response from our manager was clearly yes I am aware, that day of all of us the only witness which was asked to go Carlos Hernandez, Plaintiff involved in this case, then later the manager Alexandro Dominguez signed a notarized statement only days we were sacked the company of our workplace as a leader that did not violate any kind regulation with its employees, which will see statement in Exhibit # 4. We ask that in future judges come to undertake a detailed analysis of our case please see ourselves as simply PRO-SE, workers who did not they obtained a law degree, just analyze detail each of the evidence, evidence which previously were sent and even better, the new evidence as are all pay stub of each of those involved in this case for all the years worked for the General Company Services of VA, INC and all reports treasury of each of us, evidence which are sure to play a very strong role in these injustices committed against us. All applicants mentioned herein claim with process again to reopen a case against the company General Services OF VA, INC, which all currently working under contract hourly pay, incentive and commission, we demand the company General Services of VA,INC pay the commission for loading / unloading of goods from trucks we do every day, pay the incentive, which is to be paid to each worker over hours worked, strictly fulfilling certain requirements under the company General Services, pay the commission of back Haul based on merchandise that is charging for each box containing the truck, pay the overtime properly based on the hours paid to each worker General Services in our case is $ 9.50 / hour, below we make a example and explanation of our claims.

Commission:
We demand the commission for loading / unloading of trucks worked as payment method such as can be found in Exhibit # 3, document sent by the General Services company itself. We have knowledge and evidence about the commission is based on the money that accumulates in the week for all trucks loading / unloading by applying the 50% gain for the company and 50% gain for workers who are 24 right now, a document that we retain are made weekly $ 12.705 per loading / unloading, if that will apply the 50% gives an amount of $ 6.350 and spread between the number of workers who are 24, gives a result of $ 264.58 weekly, such evidence can you see in Exhibit # 2 which is a document made in your own office manager which shows the amount of money to be made in a week and shows where they give you 50% giving half which is what he should be distributed among the number of workers in the warehouse and do not.
(Commission for loading / unloading unpaid per week: $ 264.58)

Incentive:
We demand the company General Services OF VA,INC, pay the incentive properly, and we must add that this is one of the most important points in this complaint, because the incentive pay is a very important role in our pay stub, since we know that the incentive is a stimulus that is paid to each worker $ 100 above the hours worked based on strict compliance with the rules of the company General Services ,and the same company General Services Of VA, INC says by documents that incentive pay is based for not being late, missing to work or violate other requirements, the document sent by the General company itself Services OF VA, INC, you can read detail in Exhibit # 3, never gave any contract document or application where we are told that would use the incentive to match our hours at the $ 9.50 we are promised (that incentive or encouragement should be above the hours worked as an agreement that we did from the moment that we contract because the pay own stub showing how broke where otherwise you will add the incentive our time does not leave even the minimum required by law in Florida (FLSA)), why because we got the report from the Treasury Department's of Unite State statements for each of us it does not reflect the amount of money based on incentive and shows each of our tub pays paid to each of us?.

(Incentive unpaid by agreement per week: $ 100)

Overtime:
We demand the company General Services OF va, inc pay the overtime hours worked as it should, for example if they said from the beginning that our payment per hour worked is $ 9.50, legally the overtime should pay to $ 14.25 per hour, and General Services only pays each worker doing overtime to $ 4.75 an hour, something that is unacceptable to us, and we are testing all pay stub of each week, month and years worked for the company General Services OF VA, INC, which are currently held paying overtime in the same way.

Back Haul:
The back haul enters the claim of the commission, as these are trucks of the company US.FOODS which our Employer General Services of VA,INC provides services in this stock, because these trucks are charged for merchandise that is unloading, rather charge for each box, the current fee for each box is $ 0.5 cents and weekly are made up to 70,000 boxes by an amount of $ 3,500 a week, since here also enters 50% of the gain between company and workers, who are currently 24 in stock in order to 50% of $3,500 is $ 1,750, that amount divided by 24 workers gives a sum of $ 72.91 for each worker over the hours, incentive and commission trucks for loading and unloading.

Commission for unloading of goods charged by each box unpaid per week: $ 72.91.

Control of hours:

We claim that we can also explain why we do not have a clock that controls our entry to work, to get our breaks and for output, only a staff that keeps track of the hours on a plain paper, which at times

is have made mistakes which demands by workers have to fix them. We demand that is because being hired for a company in another state, our company refuses to do direct deposit, which several workers have said petition bearing his bank information and was denied.

Final Request: By this complaint based on calculations and estimates drawn from the documents retain as evidence, since many of them are shown here, based on calculations taken in each Previous explanation money not paid the sum equivalent of $ 437.49 per week, per each worker which we demand that company General Services of VA,INC, pay based of number of months worked for the company General Services OF VA, INC as the working time of each plaintiff mentioned here in claim is different. we make the request to the federal court in this case filed under discrimination, the sanction is applied for damages because this situation has caused therefore in the personal lives of all involved in this lawsuit, taking tests roles as we are discussing here, we ask that for which either are carefully analyze.